UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John W. Milner

**19 CV 11854**

_____CV_____

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

The State of New York, Governor Andrew Cuomo, Attorney General Letitia James, Supervisor Peri Kadanoff, Detective John Flood, Detective Mark MacConnell and Somers Police Chief Michael Driscoll, all in their individual capacities.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



RECEIVED
DEC 26 2019
PRO SE OFFICE

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The Right to Due Process and Equal Protection Under the Law (5th & 14th Amendments)

42 US § 1983

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| John | W | Milner |
|------|---|--------|
| First Name | Middle Initial | Last Name |

| 54 Princeton Road | | |
|---|---|---|
| Street Address | | |

| Parlin | New Jersey | 08859 |
|--------|------------|-------|
| County, City | State | Zip Code |

| (732) 983-8672 | Milnerjh@yahoo.com |
|----------------|---------------------|
| Telephone Number | Email Address (if available) |

Page 3

Case 1:19-cv-11854-CM    Document 1    Filed 12/26/19    Page 4 of 44

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   Andrew                      Cuomo
First Name                    Last Name
Governor  of  the  State  of  New York
Current Job Title (or other identifying information)
The State Capital Building
Current Work Address (or other address where defendant may be served)
Albany,                    New York              12224
County, City                    State              Zip Code

Defendant 2:   Letitia                     James
First Name                    Last Name
Attorney General  of the State of New York
Current Job Title (or other identifying information)
Office of the Attorney General,  The State Capital
Current Work Address (or other address where defendant may be served)
Albany,                    New York              12224-0341
County, City                    State              Zip Code

Defendant 3:   Peri                       Kadanoff
First Name                    Last Name
Supervisor, Organized Crime Task Force, Office of the Attorney General
Current Job Title (or other identifying information)
44 South Broadway
Current Work Address (or other address where defendant may be served)
White Plains               New York              10601
County, City                    State              Zip Code

Page 4

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: 4    John                              Flood
First Name                    Last Name
Senior Investigator, Organized Crime Task Force, State Attorney General's office
Current Job Title (or other identifying information)
44 South Broadway
Current Work Address (or other address where defendant may be served)
White Plains,          New York              10601
County, City                    State              Zip Code

Defendant 2: 5    Mark                              Mac Connell
First Name                    Last Name
Senior Investigator, Organized Crime Task Force, State Attorney General's Office
Current Job Title (or other identifying information)
44 South Broadway
Current Work Address (or other address where defendant may be served)
White Plains,          New York              10601
County, City                    State              Zip Code

Defendant 3: 6    Michael                           Driscoll
First Name                    Last Name
Somers Police Chief
Current Job Title (or other identifying information)
100 Primrose Street, Route 139
Current Work Address (or other address where defendant may be served)
(Westchester) Somers,   New York              10589
County, City                    State              Zip Code

Defendant 4: _____

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____ 15 Hollywood Place, Granite Springs, New York

Date(s) of occurrence: _____ May or June 1997

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On many occassions, I notified law enforcement authorities in New York about embezzlement activity of my cousin, Ann Westerman. At every level of authority, starting with the police, followed by the district attorney, the attorney general, and even the Governer of New York, my requests for an investigation were ignored.

I would like this crime to be investigated. Back in 1997, I was told by my mother that Ann came into millions of dollars. I waited for my mother to pass away before pursuing this with law. I know that the money was received based on extravagent spending, vacations, anniversary parties, and Ann and her family's relocation to Hollywood Place, at the very top of Westchester County. I also know from my accounting training that if money is accidentally received in a checking account, and it is not returned, it is considered theft by the Internal Revenue Service.

Page 5

I know this money was obtained illegally. I was told by my mother that it was $3 million, and I know that it should be returned to its rightful owner.

The Attorney General's Organized Crime Task Force was provided all the information needed to investigate this crime.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like restitution to be made to the owner of this money. I would also like to be awarded damages of $500,000. It is important to send a message from society that careerism and selfishness will not be tolerated in law.

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| December 24, 2019 | Milner |
| Dated | Plaintiff's Signature |
| John          W          Milner | |
| First Name     Middle Initial     Last Name | |
| 54  Princeton  Road | |
| Street Address | |
| (Middlesex)   Parlin          New Jersey          08859 | |
| County, City          State          Zip Code | |
| (732) 983-8672          Milnerjh@yahoo.com | |
| Telephone Number          Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

December 24, 2019

John W. Milner
54 Princeton Road
Parlin, NJ  08859

The Clerk of the Court
US District Court - Southern District of New York
500 Pearl Street
New York, NY  10007-1312

John W. Milner

v

The State of New York, Governor Andrew Cuomo, Attorney General Letitia
James, Supervisor Peri Kadanoff, Detective Fohn Flood, Detective Mark
MacConnell, and Somers New York Police Chief Michael Driscoll, all in their
individual capacities

Charge: 42 US $1983

The case I bring to the court is one about the deprival of due process rights, as specified
identically in the 5th and 14th Amendments of the Constitution of the United States.  In the past, I
have repeatedly contacted New York State law enforcement officials to resolve a crime
involving the theft of a large sum of money by my cousin, Ann Westerman.  Law enforcement
has failed to act, which is why I bring this case to court.

I spoke to a number of people about the money, starting with the Westerman's local police chief,
Michael Driscoll.  He sent me to the State Police, who in turn forwarded me to the Westchester
County District Attorney, where I met with two senior investigators of the state's Organized
Crime Task Force and their supervisor, who said they would look into this crime, but didn't.  I
then wrote them a letter, which they didn't reply to.  I followed this up with a letter to the State
Attorney General, which was ignored.  I went back to the detectives with a second letter, which
wasn't answered.  I then wrote two stinging letters to Governor Cuomo, a few months apart,
which he failed to act on.  I hope that the court can remedy the situation, and make amends to
whoever had their money embezzled.  If, in the slight chance the money was received by
accident, I know that the fact that it was not returned by the recipient makes it a crime of theft
(per IRS standards).

I knew I was going to have problems with this after I met with the investigators.  When I sat
down with the state investigators, they told me:

1. "The district attorney has very limited resources".
2. "They have a very narrow field to operate in".
3. "Some time has passed since the money was received".
4. "This is a very hard one to look into".

5. "All these things are big handicaps".

I believe these obstacles can be overcome.
The first person I contacted about this crime was the Somers Police Chief. I am convinced that he should have taken the case, his detectives should have researched it, and that he should have forwarded it through the appropriate law enforcement channels for adjudication. I should not have to play the role of Clint Eastwood, Columbo, Kolchak (the night stalker), or any other role to assure that justice is done. Next, I called the Westchester County District Attorney's Office, where I made an appointment to meet with state attorney general investigators. At this meeting, I told the supervisor and two senior investigators of the Organized Crime Task Force everything I knew about the money. Their supervisor, Ms. Kadanoff, even asked me for Ann's birthdate, which she said would help them trace the money. I sent her a letter with that information. However, there were no developments on the case, letters and telephone calls by me were ignored by them, and I know that Investigator John Flood, who said the case was too much for them, was telling me the truth.

To fight this crime, I sent follow up letters to the New York State Attorney General. When these went unanswered, I then wrote to Governor Cuomo to ask for his assistance. Surprisingly, both the attorney general and the governor ignored my pleas.

Because of all of the above handicaps, I have asked a jury trial to make sure this injustice ends.

_____
Name (Signature)

_____
December 24, 2019
Date

_____
John W. Milner
Name (Print)

LII > U.S. Code > Title 42. THE PUBLIC HEALTH AND WELFARE > Chapter 21. CIVIL RIGHTS > Subchapter I. GENERALLY

# GENERALLY

<u>U.S. Code</u>    <u>Notes</u>

prev | <u>next</u>

- § 1981. Equal rights under the law
- § 1981a. Damages in cases of intentional discrimination in employment
- § 1982. Property rights of citizens
- § 1983. Civil action for deprivation of rights
- § 1984. Omitted
- § 1985. Conspiracy to interfere with civil rights
- § 1986. Action for neglect to prevent
- § 1987. Prosecution of violation of certain laws
- § 1988. Proceedings in vindication of civil rights
- § 1989. United States magistrate judges; appointment of persons to execute warrants
- § 1990. Marshal to obey precepts; refusing to receive or execute

<u>Law about... Articles fror</u>
<u>Table of Popular Names</u>
<u>Parallel Table of Authorit</u>
<u>How current is this?</u>





Get the
Samsung Ga
Note9 for jus
$20/mo

Legal Information Institute [LII]
OPEN ACCESS TO LAW SINCE 1992

ABOUT LII    GET THE LAW    LAWYER DIRECTORY    LEGAL ENCYCLOPEDIA    HELP OUT

LII > U.S. Code > Title 42. THE PUBLIC HEALTH AND WELFARE > Chapter 21. CIVIL RIGHTS > Subchapter I. GE
> Section 1983. Civil action for deprivation of rights

# 42 U.S. Code § 1983. Civil action for deprivation of rights

U.S. Code    Notes    Table of Popular Names

prev | next

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

(R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.)

**Amendment V**

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.



## RIGHTS GUARANTEED

---

### FOURTEENTH AMENDMENT

SECTION 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

December 24, 2019


John W. Milner
54 Princeton Road
Parlin, NJ  08859

Clerk of the Court
US District Court - Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Additional Charges of Fraud

John W. Milner

v

The State of New York, Governor Andrew Cuomo, Attorney General Letitia
James, Supervisor Peri Kadanoff, Detective John Flood, Detective Mark
MacConnell, and Somers New York Police Chief Michael Driscoll, all in their
individual capacities


Dear Courthouse,

On this above court matter, I would like to add the additional charge of Fraud to all six
defendants.  A copy of this statute is enclosed (18 US $1001).  I believe that Fraud is a correct
charge here because of all of the defendent's willful cooperation with lawlessness, some of them
through statements, and the rest by their conduct.  The relevant portions of the law read thusly:

"Whoever knowingly covers up by any scheme, (or) makes any false statement, shall be
imprisoned (for up to) 5 years".

On my first encounter with Somers Police Chief Michael Driscoll, he told me, "We can't handle
this.  A case like this must go to the State Police.  You have to talk to them".  I don't believe that
a police chief should be making statements like this to the public.  The police exist for a reason.
They should be the citizen's one-stop-shopping for all law enforcement needs.  In this case, the
Somers police department is the controlling law enforcement over the Westerman household,
their officers are in the best position to investigate the charges, and, if needed, they can summon
help from the state.  For any police department to tell a complainant to go somewhere else is
simply passing the buck, and not in keeping with honesty or professionalism.  This attitude helps
to perpetuate lawlessness.
Following the instructions given to me by law enforcement brought me to the nearest State
Police barracks, where I interviewed with two detectives, and was given the telephone number of
the Westchester County Prosecutor.
When I called the prosecutor's number, I left my name and I gave details about the crime to an
answering machine.  They returned the call, where I repeated the information, and was given a

date and time to come in for an interview. I did that. I met with two detectives of the Organized Crime Task Force unit, and their supervisor, for about half an hour. At the end of the meeting, I was disappointed to hear the following statements:

1. "The district attorney has very limited resources".
2. "They have a very narrow field to operate in".
3. "Some time has passed since the money was received".
4. "This is a very hard one to look into".
5. "All these things are big handicaps".

In addition to a note that I handed to the supervisor, I was asked to provide the birth date of Ann Westerman. I told the supervisor I would get that, and I sent a follow up letter with that information. As I left, I was told that I would be contacted by them within the week. I was never contacted, and I think they dropped the ball on this one from the moment the work was handed to them.

The Westchester County District Attorney's Office is one of the largest in the nation. They employ 120 lawyers (240 personnel in all), they occupy large multi-story office building, and solving the mystery of where this money came from will be no problem at all for them. I, and my mother were both confident that the money is in Ann's checking account. Simple detective work can locate this, and a telephone call to the bank can give the investigators a bank statement for the month when the money was deposited. With this hard evidence, finding out where the money came from should not be difficult. Also, the small group of attorney general investigators work closely with the county detectives. I know they can do this, with both county and state assets at their disposal.

With their lack of follow up, and their unresponsiveness to further letters and voice mail messages, I voiced my concerns to the State Attorney General. They too did not respond to me. I sent further letters to them and the governor, and I still got no response. That is why I am in court.

With performance as I have described, society is at risk. Those involved are definitely guilty of fraud. Certainly, they are guilty of Official Misconduct, which is a New York statute that says, "A public servant is guilty of official misconduct when, with intent to deprive another person of a benefit, he knowingly refrains from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office" (NY Penal L $195.00). It is common sense that if these people are guilty of Official Misconduct, they are guilty of Fraud (18 US $1001), which applies to anyone, "in the executive branch of Government (who) knowingly and willfully falsifies by any trick or scheme a material fact". Here they are falsifying their roles.

I would like this charge to be added to the existing civil rights charge on the docket.


Sincerely,

John W. Milner

Legal Information Institute [LII]
OPEN ACCESS TO LAW SINCE 1992

# 18 U.S. Code CHAPTER 47— FRAUD AND FALSE STATEMENTS

U.S. Code    Notes

prev | next

§ 1001. Statements or entries generally

§ 1002. Possession of false papers to defraud United States

§ 1003. Demands against the United States

§ 1004. Certification of checks

§ 1005. Bank entries, reports and transactions

§ 1006. Federal credit institution entries, reports and transactions

§ 1007. Federal Deposit Insurance Corporation transactions

[§§ 1008, 1009. Repealed. Pub. L. 101–73, title IX, §§ 961(g)(1), 962(a)(3), Aug. 9, 1989, 103 Stat. 500, 502]

§ 1010. Department of Housing and Urban Development and Federal Housing Administration transactions

§ 1011. Federal land bank mortgage transactions

§ 1012. Department of Housing and Urban Development transactions

§ 1013. Farm loan bonds and credit bank debentures

§ 1014. Loan and credit applications generally; renewals and discounts; crop insurance

§ 1015. Naturalization, citizenship or alien registry

Legal Information Institute [LII]
OPEN ACCESS TO LAW SINCE 1992

ABOUT LII ▸    GET THE LAW ▸    LAWYER DIRECTORY    LEGAL ENCYCLOPEDIA ▸    HELP OUT ▸

LII > U.S. Code > Title 18. CRIMES AND CRIMINAL PROCEDURE > Part I. CRIMES > Chapter 47. FRAUD AND I > Section 1001. Statements or entries generally

# 18 U.S. Code § 1001. Statements or entries generally

U.S. Code    Notes

prev | next

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2) makes any materially false, fictitious, or fraudulent statement or representation; or

(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

Law / Specific Offenses / Offenses Against Public Administration / Official Misconduct & Obstruction of Public

# New York Penal Law
# Sec. 195.00
# Official Misconduct

195.00 Official misconduct. A public servant is guilty of official misconduct when, with intent to obtain a benefit or deprive another person of a benefit:

1. He commits an act relating to his office but constituting an unauthorized exercise of his official functions, knowing that such act is unauthorized; or

2. He knowingly refrains from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office. Official misconduct is a class A misdemeanor.

# EXHIBIT A

TORT CLAIMS LETTER



# Court of Claims
## State of New York

ROBERT ABRAMS BUILDING
FOR LAW AND JUSTICE
BOX 7344, CAPITOL STATION
ALBANY, NEW YORK 12224

(518) 432-3411

**Richard E. Sise**
Acting Presiding Judge

**Eileen F. Fazzone**
Chief Clerk

April 22, 2019

John W. Milner, Pro Se
P.O. Box 183
Parlin, NJ 08859

Dear Sir/Madam:

This will acknowledge receipt in this office on April 18, 2019 of the claim of:

**JOHN W. MILNER v. STATE OF NEW YORK, GOVERNOR ANDREW
CUOMO, ATTORNEY GENERAL LETITIA JAMES, ET AL**

Said claim has been filed in this office as of April 18, 2019, subject to whatever legal objections may apply thereto and has been given:

### Claim No. 132948

It is our determination that this claim accrued in Albany County. In accordance with the provisions of the Individual Assignment System, this claim has been assigned to:

Hon. W. Brooks DeBow
Phone No. (518) 242-3701

All inquiries regarding this claim shall be made directly to the assigned judge.

Please continue to file all pleadings with the Clerk's office in Albany (Uniform Rules for the Court of Claims §206.5). Filings may be made by personal service, mail or by facsimile transmission pursuant to §206.5-a of the Rules. The Court of Claims' fax filing number is 1-866-413-1069. Visit the Court's website listed below for additional information.

**If you have not filed proof of service of the claim upon the defendant, please do so immediately.**

Very truly yours,

Eileen F. Fazzone
Chief Clerk

EFF/sat
cc: Office of the Attorney General

www.nyscourtofclaims.state.ny.us

# EXHIBIT B

## NOTES AND LETTERS
## TO LAW ENFORCEMENT

HAND DELIVERED NOTE

March 31, 2017

John Milner
15 Chesterfield Way
Sayreville, New Jersey  08872

Westchester County District Attorney
111 Martin Luther King, Jr. Blvd
White Plains, New York 10601
(914) 995-3414 (Detective Connelly)

Embezzlement

Dear Detective Connelly,

In the summer of 1994 (June or July), my cousin, Ann Westerman, came into the possession of a great deal of money.  I heard it was $3 million.

The money may be in an savings account at Hudson Savings Bank, the same bank where Ann's mother, Joan Garvey, opened an account years before her.

* Today, Ann lives at 15 Hollywood Place, Granite Springs, New York, in the town of Somers.

* Ann's parents lived at 10 Halsted Avenue, Rye, New York from July 1977 to January 2016, when they sold their home and moved in with Ann.

** I met with Detective John Flood and his supervisor, the # 2 in the office, a woman named Pam (thin, average height, attractive, brown hair, ~50 years old).

October 4, 2017

John Milner
54 Princeton Road
Parlin, New Jersey  08859

Detective John Flood
Westchester County District Attorney
111 Martin Luther King, Jr. Blvd
White Plains, New York 10601

Embezzlement

Dear Detective Flood,

Pursuant to our meeting last March 31st, I would like to know the status of this case. You may recall that the name of the suspect is Ann Westerman, she lives at 15 Hollywood Place in Granite Springs, the name of her bank is Hudson Savings Bank, and the amount in question is $3 million. Your supervisor, a woman by the name of Pam, asked for Ann's birthdate. I know it is in 1961, I believe it is in August, and I am confident it is August 14th.

I believe this money ties into a larger crime ring that I have written to the New Jersey State Police about. I would like this crime to be investigated, and hopefully resolved, so I can get on with my life.

Sincerely,

John Milner

March 5, 2018

Eric Schneiderman
New York State Attorney General
Office of the Attorney General
The State Capitol
Albany, New York  12224-0341

John Milner
PO Box 183
Parlin, New Jersey  08859

                    The Westchester County District Attorney

Dear Attorney General Schneiderman,

   Last March 31st I interviewed with Detective John Flood and his supervisor, a woman named Pam, about embezzlement activities of a woman named Ann Westerman, of 15 Hollywood Place, Granite Springs, New York. I described how this woman illegally came into possession of millions of dollars. I gave them all the details, and they promised the crime would be investigated. Nothing happened.
   On October 4, 2017, I sent Detective Flood a follow up letter about this. To date, I have heard nothing. Both work out of the office below:

                    Westchester County District Attorney's Office
                    111 Martin Luther King, Jr. Blvd
                    White Plains, New York 10601

Please have this matter taken care of. I look forward from hearing from you.

Sincerely,

John Milner

cc
andrew cuomo

March 5, 2018

John Milner
PO Box 183
Parlin, New Jersey  08859

Governor Andrew Cuomo
The State of New York
State Capitol Building
Albany, New York  12224

Copy of Letter

Dear Governor Cuomo,

Enclosed please find a copy of a letter sent to the State Attorney General.

Sincerely,

John Milner

March 5, 2018


Eric Schneiderman
New York State Attorney General
Office of the Attorney General
The State Capitol
Albany, New York  12224-0341


John Milner
PO Box 183
Parlin, New Jersey  08859

The Westchester County District Attorney

Dear Attorney General Schneiderman,

Last March 31st I interviewed with Detective John Flood and his supervisor, a woman named Pam, about embezzlement activities of a woman named Ann Westerman, of 15 Hollywood Place, Granite Springs, New York. I described how this woman illegally came into possession of millions of dollars. I gave them all the details, and they promised the crime would be investigated. Nothing happened.

On October 4, 2017, I sent Detective Flood a follow up letter about this. To date, I have heard nothing. Both work out of the office below:

> Westchester County District Attorney's Office
> 111 Martin Luther King, Jr. Blvd
> White Plains, New York 10601

Please have this matter taken care of. I look forward from hearing from you.

Sincerely,

John Milner

cc
andrew cuomo



September 22, 2018

John Milner
54 Princeton Road
Parlin, New Jersey 08859

Detective John Flood
Westchester County District Attorney
111 Martin Luther King, Jr. Blvd
White Plains, New York 10601

Embezzlement

Dear Detective Flood,

This letter is to follow up on my previous correspondence to you, and the meeting we had on March 31, 2017. I would like to know the status of the Ann Westerman case. Ann says she came into the inheritance of a great deal of money, and I know that is not the case.

If you have any questions, or if I can be of any assistance to you, please contact me at the above address, or call me at (732) 983-8672.

Sincerely,

John Milner

cc

andrew cuomo
state attorney general

September 22, 2018

John Milner
54 Princeton Road
Parlin, New Jersey  08859

New York State Attorney General
Office of the Attorney General
The State Capital
Albany, New York  12224-0341

Copy of Letter (Embezzlement)

Dear Attorney General,

Enclosed please accept a copy of a letter sent to the Westchester County District Attorney, and Governor Cuomo, pertaining to the embezzlement activity of a relative, Ann Westerman.  This letter is also a follow up of one sent to your office dated March 5, 2018, relating to the same thing.  Please assure that this matter is investigated.

Sincerely,

John Milner

September 22, 2018

John Milner
54 Princeton Road
Parlin, New Jersey  08859

Detective John Flood
Westchester County District Attorney
111 Martin Luther King, Jr. Blvd
White Plains, New York  10601

Embezzlement

Dear Detective Flood,

This letter is to follow up on my previous correspondence to you, and the meeting we had on March 31, 2017.  I would like to know the status of the Ann Westerman case.  Ann says she came into the inheritance of a great deal of money, and I know that is not the case.

If you have any questions, or if I can be of any assistance to you, please contact me at the above address, or call me at (732) 983-8672.

Sincerely,

John Milner

cc

andrew cuomo
state attorney general

September 22, 2018

John Milner
54 Princeton Road
Parlin, New Jersey  08859

Governor Andrew Cuomo
The State of New York
State Capital Building
Albany, New York  12224

Copy of Letter (Embezzlement)

Dear Governor Cuomo,

Enclosed please accept a copy of a letter sent to the Westchester County District Attorney, and the State Attorney General, pertaining to the embezzlement activity of a relative, Ann Westerman.  This letter is also a follow up of one sent to you dated March 5, 2018, relating to the same thing.  Please use your position of influence to assure the matter is investigated.

Sincerely,

John Milner

September 22, 2018

John Milner
54 Princeton Road
Parlin, New Jersey  08859

Detective John Flood
Westchester County District Attorney
111 Martin Luther King, Jr. Blvd
White Plains, New York  10601

Embezzlement

Dear Detective Flood,

This letter is to follow up on my previous correspondence to you, and the meeting we had on March 31, 2017.  I would like to know the status of the Ann Westerman case.  Ann says she came into the inheritance of a great deal of money, and I know that is not the case.

If you have any questions, or if I can be of any assistance to you, please contact me at the above address, or call me at (732) 983-8672.

Sincerely,

John Milner

cc

andrew cuomo
state attorney general

# EXHIBIT C

SUBPOENAS

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York  ▾

| | |
|---|---|
| John W. Milner | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| The State of New York, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:                                            Ann Westerman

*(Name of person to whom this subpoena is directed)*

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: US District Court for the Southern District of New York 500 Pearl Street, New York, NY 10007-1312 | Courtroom No.:          undecided |
|---|---|
| | Date and Time: |

    You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

        All evidence pertaining to your acquisition of over a million dollars.

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

        *CLERK OF COURT*

                           OR

_____          _____
   *Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____     on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88  (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York ▾

| | | |
|---|---|---|
| John W. Milner | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| The State of New York, et al | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:                          Supervisor Peri Kadanoff

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: US District Court for the Southern District of New York 500 Pearl Street, New York, NY  10007-1312 | Courtroom No.:        undecided |
|---|---|
| | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_CLERK OF COURT_

                                                                 OR

_____          _____
_Signature of Clerk or Deputy Clerk_                          _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88  (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

December 24, 2019


John W. Milner
54 Princeton Road
Parlin, New Jersey  08859

Clerk of the Court
United States District Court
The Southern District of New York
500 Pearl Street
New York, NY  10007-1312


The Refiling of a Court Case

Dear Court Clerk,

Please accept the enclosed filings of a court case that has been removed from the docket.  I am using a Rule of the Court to bring it back.


Sincerely,

John W. Milner

December 24, 2019

John W. Milner
54 Princeton Road
Parlin, New Jersey  08859

Clerk of the Court
US District Court - Southern District of New York
500 Pearl Street
New York, NY  10007-1312

The Refiling of Case # 19-1342

John W. Milner
v
The State of New York, et al

Dear Courthouse,

I would like to refile the court case above based on Rule of the Court 60(b), "Grounds for Relief From a Final Judgement, Order, or Proceeding".  This case, originally filed on April 1, 2019, and docketed as 19 CV 02889, was dismissed by Appellate Court Justice Peter Hall (as the case above) on November 6, 2019 due to the improper filing of a court paper.  I would like the court to know that when I filed an appeal to the original case on May 2, 2019, appellate law personnel at the courthouse handed me a two-page form (Form D-P) to fill out.  I did as I was instructed, I handed back the completed form, and it was accepted for processing.  The realization that Form D-P was much more involved, a multi-page form (much longer that 2 pages), was unknown at the time by myself, and the court.  Due to this clerical error of the court, which was of no significance at all to the case, the case was dismissed on November 6, 2019.  Therefore, I appeal under Federal Rule 60(b) for relief, and for a new trial.

Sincerely,

John W. Milner

enc

4 pages

| 115TH CONGRESS 2nd Session | COMMITTEE PRINT | No. 8 |
| --- | --- | --- |

# FEDERAL RULES

## OF

# CIVIL PROCEDURE

DECEMBER 1, 2018



Printed for the use
of

## THE COMMITTEE ON THE JUDICIARY

## HOUSE OF REPRESENTATIVES

U.S. GOVERNMENT PUBLISHING OFFICE
WASHINGTON : 2018

For sale by the Superintendent of Documents, U.S. Government Publishing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512-1800; DC area (202) 512-1800
Fax: (202) 512-2104   Mail: Stop IDCC, Washington, DC 20402-0001

XVI                               CONTENTS

|  |  | Page |
|---|---|---|
| TITLE V. DISCLOSURES AND DISCOVERY—Continued | | |
| Rule 35. Physical and Mental Examinations | | 58 |
| Rule 36. Requests for Admission | | 59 |
| Rule 37. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions | | 60 |
| TITLE VI. TRIALS | | |
| Rule 38. Right to a Jury Trial; Demand | | 63 |
| Rule 39. Trial by Jury or by the Court | | 64 |
| Rule 40. Scheduling Cases for Trial | | 64 |
| Rule 41. Dismissal of Actions | | 64 |
| Rule 42. Consolidation; Separate Trials | | 65 |
| Rule 43. Taking Testimony | | 66 |
| Rule 44. Proving an Official Record | | 66 |
| Rule 44.1. Determining Foreign Law | | 67 |
| Rule 45. Subpoena | | 67 |
| Rule 46. Objecting to a Ruling or Order | | 71 |
| Rule 47. Selecting Jurors | | 71 |
| Rule 48. Number of Jurors; Verdict; Polling | | 72 |
| Rule 49. Special Verdict; General Verdict and Questions | | 72 |
| Rule 50. Judgment as a Matter of Law in a Jury Trial; Related Motion for a New Trial; Conditional Ruling | | 73 |
| Rule 51. Instructions to the Jury; Objections; Preserving a Claim of Error | | 74 |
| Rule 52. Findings and Conclusions by the Court; Judgment on Partial Findings | | 75 |
| Rule 53. Masters | | 76 |
| TITLE VII. JUDGMENT | | |
| Rule 54. Judgment; Costs | | 78 |
| Rule 55. Default; Default Judgment | | 79 |
| Rule 56. Summary Judgment | | 80 |
| Rule 57. Declaratory Judgment | | 82 |
| Rule 58. Entering Judgment | | 82 |
| Rule 59. New Trial; Altering or Amending a Judgment | | 83 |
| Rule 60. Relief from a Judgment or Order | | 83 |
| Rule 61. Harmless Error | | 84 |
| Rule 62. Stay of Proceedings to Enforce a Judgment | | 84 |
| Rule 62.1. Indicative Ruling on a Motion for Relief That Is Barred by a Pending Appeal | | 85 |
| Rule 63. Judge's Inability to Proceed | | 86 |
| TITLE VIII. PROVISIONAL AND FINAL REMEDIES | | |
| Rule 64. Seizing a Person or Property | | 86 |
| Rule 65. Injunctions and Restraining Orders | | 86 |
| Rule 65.1. Proceedings Against a Security Provider | | 88 |
| Rule 66. Receivers | | 88 |
| Rule 67. Deposit into Court | | 88 |
| Rule 68. Offer of Judgment | | 88 |
| Rule 69. Execution | | 89 |
| Rule 70. Enforcing a Judgment for a Specific Act | | 89 |
| Rule 71. Enforcing Relief For or Against a Nonparty | | 90 |
| TITLE IX. SPECIAL PROCEEDINGS | | |
| Rule 71.1. Condemning Real or Personal Property | | 90 |
| Rule 72. Magistrate Judges: Pretrial Order | | 94 |
| Rule 73. Magistrate Judges: Trial by Consent; Appeal | | 95 |
| Rule 74. [Abrogated.] | | |
| Rule 75. [Abrogated.] | | |
| Rule 76. [Abrogated.] | | |
| TITLE X. DISTRICT COURTS AND CLERKS: CONDUCTING BUSINESS; ISSUING ORDERS | | |
| Rule 77. Conducting Business; Clerk's Authority; Notice of an Order or Judgment | | 96 |
| Rule 78. Hearing Motions; Submission on Briefs | | 97 |
| Rule 79. Records Kept by the Clerk | | 97 |
| Rule 80. Stenographic Transcript as Evidence | | 98 |
| TITLE XI. GENERAL PROVISIONS | | |
| Rule 81. Applicability of the Rules in General; Removed Actions | | 98 |
| Rule 82. Jurisdiction and Venue Unaffected | | 100 |
| Rule 83. Rules by District Courts; Judge's Directives | | 100 |
| Rule 84. [Abrogated.] | | |

83          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 60**

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 29, 2002, eff. Dec. 1, 2002; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 59. New Trial; Altering or Amending a Judgment

(a) IN GENERAL.

(1) *Grounds for New Trial.* The court may, on motion, grant a new trial on all or some of the issues—and to any party—as follows:

(A) after a jury trial, for any reason for which a new trial has heretofore been granted in an action at law in federal court; or

(B) after a nonjury trial, for any reason for which a rehearing has heretofore been granted in a suit in equity in federal court.

(2) *Further Action After a Nonjury Trial.* After a nonjury trial, the court may, on motion for a new trial, open the judgment if one has been entered, take additional testimony, amend findings of fact and conclusions of law or make new ones, and direct the entry of a new judgment.

(b) TIME TO FILE A MOTION FOR A NEW TRIAL. A motion for a new trial must be filed no later than 28 days after the entry of judgment.

(c) TIME TO SERVE AFFIDAVITS. When a motion for a new trial is based on affidavits, they must be filed with the motion. The opposing party has 14 days after being served to file opposing affidavits. The court may permit reply affidavits.

(d) NEW TRIAL ON THE COURT'S INITIATIVE OR FOR REASONS NOT IN THE MOTION. No later than 28 days after the entry of judgment, the court, on its own, may order a new trial for any reason that would justify granting one on a party's motion. After giving the parties notice and an opportunity to be heard, the court may grant a timely motion for a new trial for a reason not stated in the motion. In either event, the court must specify the reasons in its order.

(e) MOTION TO ALTER OR AMEND A JUDGMENT. A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Feb. 28, 1966, eff. July 1, 1966; Apr. 27, 1995, eff. Dec. 1, 1995; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 60. Relief from a Judgment or Order

(a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

(b) GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

(c) TIMING AND EFFECT OF THE MOTION.

(1) *Timing.* A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

(2) *Effect on Finality.* The motion does not affect the judgment's finality or suspend its operation.

(d) OTHER POWERS TO GRANT RELIEF. This rule does not limit a court's power to:

(1) entertain an independent action to relieve a party from a judgment, order, or proceeding;

(2) grant relief under 28 U.S.C. §1655 to a defendant who was not personally notified of the action; or

(3) set aside a judgment for fraud on the court.

(e) BILLS AND WRITS ABOLISHED. The following are abolished: bills of review, bills in the nature of bills of review, and writs of coram nobis, coram vobis, and audita querela.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 61. Harmless Error

Unless justice requires otherwise, no error in admitting or excluding evidence—or any other error by the court or a party—is ground for granting a new trial, for setting aside a verdict, or for vacating, modifying, or otherwise disturbing a judgment or order. At every stage of the proceeding, the court must disregard all errors and defects that do not affect any party's substantial rights.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 62. Stay of Proceedings to Enforce a Judgment

(a) AUTOMATIC STAY. Except as provided in Rule 62(c) and (d), execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise.

(b) STAY BY BOND OR OTHER SECURITY. At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security.

(c) STAY OF AN INJUNCTION, RECEIVERSHIP, OR PATENT ACCOUNTING ORDER. Unless the court orders otherwise, the following are not stayed after being entered, even if an appeal is taken:

(1) an interlocutory or final judgment in an action for an injunction or receivership; or



RECEIVED
DEC 26 2019
PRO SE OFFICE

Milner, John
544 Princeton Rd
Parlin NJ 08859

To: Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

USMS
SDNY
15W