UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN W. MILNER,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE STATE OF NEW YORK; GOVERNOR ANDREW CUOMO; ATTORNEY GENERAL LETITIA JAMES; DETECTIVE JOHN FLOOD; 2 UNNAMED DETECTIVES; SOMERS POLICE CHIEF MICHAEL DRISCOLL, All In Their Individual Capacities,<br><br>                              Defendants. | 19-CV-11854 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 27, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 27, 2020
             New York, New York

                                                            COLLEEN McMAHON
                                                           Chief United States District Judge